FILED

2008 JAN 25 PM 2:24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail: frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>4,060 CARTONS OF ADULTERATED AND MISBRANDED BEVERAGES BEARING INFRINGING RED BULL TRADEMARKS,<br><br>    Defendants. | NO. CV08-00503 GAF (JWJx)<br><br>**VERIFIED<br>COMPLAINT FOR FORFEITURE**<br><br>[19 U.S.C. §§ 1595a(c)(1)(A),<br>(c)(2)(A) and (c)(2)(C)]<br><br>[C.B.P.] |

For its claim against the defendant, the United States of America alleges:

### JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 19 U.S.C. §§ 1595a(c)(1)(A), (c)(2)(A) and (c)(2)(C).

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendants are 4,060 Cartons of Adulterated and Misbranded Beverages Bearing Infringing Red Bull Trademarks ("defendants"). 2,750 of the cartons contain cans of Red Bull Kratingdaeng energy drink (24 cans per carton) and 1,310 of the cartons contain bottles of Red Bull Kratingdaeng energy drink (50 bottles per carton).

6. The interests of Red Bull GMBH, LLC ("GMBH"), T.C. Pharmaceutical Co., Ltd. ("T.C."), EZ Food, Inc. ("EZ"), Elite Customs Service ("Elite"), Global Impex Co., Ltd. ("Global"), and Qunli Trading, Inc. ("Qunli"), may be adversely affected by these proceedings.

7. The defendants are currently in the custody of the Department of Homeland Security, Bureau of Customs and Border Protection ("CBP"), where they shall remain subject to this Court's jurisdiction during the pendency of this action.

## FACTS SUPPORTING FORFEITURE

8. On or about March 11, 2004, customhouse broker Elite, acting as attorney in fact for EZ, attempted to import the defendant merchandise through the port of Los Angeles. An invoice described the defendants as "citric drink" and named Global as the manufacturer. The Food and Drug Administration ("FDA") targeted the shipment of the defendants for examination

based on experience with past shipments where similar invoice descriptions had proven to be inaccurate, and based on past violative shipments for importers with the same address as the address transmitted to the FDA for this importer.

9. The FDA issues import alerts to identify problems associated with various manufacturers and shippers of food products worldwide. These alerts list the types of prohibited substances that might be included in food products and are issued to inform the trade community that such substances are prohibited from entry to the U.S. The FDA requested that CBP seize the defendants pursuant to import alert 45-02, which states that the "Red Bull Energy Drink" and "Kratingdaeng-L Energy Drink" manufactured by T.C. in Thailand are subject to automatic detention by the FDA if imported into the U.S.

10. Food products that contain non-permitted color additives or lack requisite labeling are considered to be adulterated or misbranded and are subject to forfeiture. Each defendant contains two color additives:

    a. Ponceau 4R, a color additive not authorized for use in food products in the U.S.; and

    b. Tartrazine (otherwise known as Food Drug and Cosmetic Act ("FD&C") Yellow No. 5). This color additive must be declared on the label in English, and the manufacturer of the product must provide documented proof that the colorant used in the product was from color batches certified by the FDA. (The manufacturer of the defendant failed to comply with these requirements.)

///

11. The defendants are also subject to forfeiture because EZ made false statements to officials of the United States in an attempt to import the defendants. Specifically, EZ submitted a document that falsely described the defendants as "citric drink", instead of the commercial name of "Red Bull." Pursuant to 19 U.S.C. § 1481(a)(3), importers of merchandise into the United States are required to state the commercial name by which each item is known. EZ also falsely stated that Global, rather than T.C., was the manufacturer.

12. The words "Red Bull" are a trademark registered with the United States Patent and Trademark Office ("USPTO"), USPTO No. 2,494,093. The words "Red Bull" with the image of two charging bulls is also a trademark registered with the USPTO, No. 74,713,796. GMBH is the owner of both trademarks. According to GMBH, T.C. is licensed to manufacture Red Bull products for distribution in Southeast Asia only, and is not authorized to market or import products bearing their marks in the United States. imported merchandise bearing unauthorized or infringing trademarks is subject to forfeiture.

13. Based on the foregoing, there is probable cause to believe the defendants are forfeitable (A) pursuant to 19 U.S.C. § 1595a(c)(1)(A) as merchandise clandestinely imported; (B) pursuant to 19 U.S.C. § 1595a(c)(2)(A) as merchandise imported in violation of health and safety laws; and (C) pursuant to 19 U.S.C. § 1595a(c)(2)(C) as imported merchandise bearing unauthorized or infringing trademarks.

///

///

4

WHEREFORE, the United States prays that:

a. due process issue to enforce the forfeiture of the defendants;

b. due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

c. judgment be entered declaring that the defendants are forfeited to the United States of America for disposition according to law;

d. the United States be awarded all costs, expenses and disbursements; and

e. the United States of America be awarded any other further relief that the Court deems just and proper.

DATED: January 24, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

## VERIFICATION

I, ROBERT P. THIERRY hereby declare that:

1. I am the Director of the Los Angeles Office of Fines, Penalties, and Forfeitures at the United States Department of Homeland Security, Bureau of Customs and Border Protection.

2. I have read the above Verified Complaint for Forfeiture and know its contents. The information contained in the Complaint is either known to me personally, was furnished to me by official government sources, or was obtained through official government channels that I believe to be reliable.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 22, 2008 in Long Beach, California.

_____
Robert P. Thierry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Jeffrey W. Johnson.

The case number on all documents filed with the Court should read as follows:

### CV08- 503 GAF (JWJx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
United States of America

**DEFENDANTS**
4,060 Cartons of Adulterated and Misbranded Beverages Bearing Infringing Red Bull Trademarks

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Los Angeles

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Frank D. Kortum, Assistant United States Attorney
1400 United States Courthouse, 312 North Spring Street
Los Angeles, California 90012
Telephone (213) 894-5710

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
19 U.S.C. §§ 1595a(c)(1)(A), (c)(2)(A) and (c)(2)(C)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Accom- modations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☒ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)    CIVIL COVER SHEET    Page 1 of 2

CV08-00503

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☑ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Los Angeles

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/_   **Date** 1/24/08

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |